STATE of Missouri, Plaintiff/Respondent,

v.

Antonio Lamont WEBER, Defendant/Appellant.

Antonio WEBER, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

Nos. 65887, 68234.

Missouri Court of Appeals, Eastern District, Division One.

April 23, 1996.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A jury found defendant guilty of first degree assault, § 565.050, RSMo 1994, two counts of first degree robbery, § 569.020, RSMo 1994, and three accompanying counts of armed criminal action, § 571.015, RSMo 1994. The trial court sentenced him to six concurrent terms of 25 years imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed pursuant to Rules 84.16(b) and 30.25(b).